JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALPESH SOLANKI,<br><br>Plaintiff,<br><br>v<br><br>MADHU SOLANKI; SAMIR CHAUHAN; FALGUNI CHAUHAN; AND DOES 1-10 INCLUSIVE,<br><br>Defendants. | Case No.: CV24-07076-CBM-AS<br><br>**ORDER [54]** |

1

     Pursuant to the Notice of Settlement filed by Plaintiff KALPESH SOLANKI ("Plaintiffs") that the Plaintiff and the Defendants MADHU SOLANKI, SAMIR CHAUHAN and FALGUNI CHAUHAN ("Defendants") have settled this case and the subject state court action entitled <u>Madhu Solanki v Kalpesh Solanki</u>, San Bernardino Superior Court Case No. CIVSB2208465 ("State Case") (Civil Docket No. 52). the Court dismisses the entire action as to all of the parties, including but not limited to the Defendants, with prejudice. Each party shall bear its own costs and attorney fees.

     IT IS SO ORDERED.

DATE: September 3, 2025

                                    CONSUELO B. MARSHALL
                                    UNITED STATES DISTRICT JUDGE